JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHAPHONE PHIMSIPASOM,<br><br>                Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security<br>Administration,<br><br>                Defendant. | Case No. SACV 17-00784-AB-JEM<br><br>J U D G M E N T |

     In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is DISMISSED with prejudice.

DATED: 6/5/18

                                    ANDRE BIROTTE, JR.<br>                          UNITED STATES DISTRICT JUDGE